**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   NO. 4:05CR00249-001 SWW

NICHOLAS ADAM HOY

<u>ORDER</u>

This matter came on for hearing on the government's motion for revocation of defendant's bond for violations of the terms of his conditions of pretrial release. Based upon a preponderance of the evidence and because the crime to which defendant previously entered a guilty plea is such that the law requires him to be detained pursuant to 18 U.S.C. §3143, the Court found that defendant's bond should be revoked.

IT IS THEREFORE ORDERED that the government's motion is granted, and defendant's release hereby is terminated. Defendant shall be taken into custody immediately by the United States Marshal to be detained in this matter.

IT IS SO ORDERED this 10th day of April, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE